

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM – 4:00 PM

**FILED**

**10/11/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

shbs

# NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

Case Number:    11-33834 – B – 13J

Debtor Name(s), Social Security Number(s), and Address(es):

Julio Javier Tinajero
xxx-xx-2132

1600 Hastings Ct.
Yuba City, CA 95991

Katherine Marie Tinajero
xxx-xx-5410

1600 Hastings Ct.
Yuba City, CA 95991

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on October 11, 2011 . The document number and docket text for this order are set forth below.

[71] – Civil Minute Order/Order to Continue Final Evidentiary Hearing Re: [39] Motion/Application to Value Collateral of Tri Counties Bank [DBJ-4] ; Evidentiary Hearing to be held on 12/12/2011 at 02:00 PM at Sacramento Courtroom 32, Department B Judge David E. Russell will preside over the hearing. (shbs)

Dated:
10/11/11

For the Court,
Wayne Blackwelder , Clerk